# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00020　　　　　　　　　　　　DATE: March 21, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Mary B. Pangelinan
Courtroom Deputy: Walter Tenorio　　Electronically Recorded: 9:03:28 - 9:38:35
CSO: B. Pereda

**APPEARANCES:**

Defendant: Richard John Ichihara - Custody　　Attorney: Leilani V. Lujan - Retained
　　　　　　Jackie Yong Lee　　　　　　　　　　　　　　Curtis Van de veld - Retained
　　　　　　Kum Soon Yoo　　　　　　　　　　　　　　　Rawlen Mantanona - CJA Appointed

☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　　☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　　U.S. Marshal: D. Punzalan/G. Perez
Interpreter: Sung W. Yoon　　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Leilani V. Lujan enters her appearance as counsel for Richard John Ichihara, Curtis Van de veld enters his appearance as counsel for Jackie Yong Lee.
- Financial Affidavit reviewed and accepted for Kum Soon Yoo: <u>Rawlen Mantanona</u> appointed to represent the defendant.
- Defendants sworn and examined.
- Defendants waive reading of <u>Indictment</u>.
- Pleas entered: <u>Not guilty</u>
- Kum Soon Yoo is ordered to surrender her passport to the U.S. Probation Office.
- Trial set for: <u>May 13, 2008 at 9:30 a.m.</u>
- Defendants Jackie Yong Lee and Kum Soon Yoo are released.
- Defendant Richard John Ichihara is remanded to the custody of the U.S. Marshals Service.

NOTES: DEA to turn over the passport of Jackie Yong Lee to the U.S. Probation Office.