AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM

DISTRICT OF GUAM

MAR 25 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JACKIE YONG LEE**

Case Number: CR-08-00020-002

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 302 |
| | **Date and Time**<br>**Friday, March 21, 2008 at 8:45 a.m.** |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | |

To answer a(n)
X  Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846, Counts 2 and 3**

**Forfeiture Allegation, 21 U.S.C. § 853(a), Count 10**

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

March 19, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date 3/20/08

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Probation - Hampton, GA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/20/08
        Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.