# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00020-002　　　　　　　　　　DATE: May 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 11:13:06 - 11:37:48

**APPEARANCES:**

Defendant: Jackie Yong Lee　　　　　　　Attorney: Curtis Van de veld
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter: Sung W. Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant consented to Rule 11 Plea in Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Status hearing set for August 4, 2008 at 2:30 p.m.
- Defendant released on bail as previously ordered by this Court.

NOTES: