IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JACKIE YONG LEE, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 08-00020-002 <br><br> **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count III of an Indictment charging her with Conspiracy to Distribute more than 3,000 grams of Methamphetamine Hydrochloride ("Ice"), in violation of 21 U.S.C. §§ 841(a)(1) and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. The court further accepts the recommendation that the Defendant forfeit to the United States $28,900.00 in U.S. currency seized from her residence by law enforcement agencies, as alleged in Count X. All parties shall appear before this Court for a status hearing on August 4, 2008, at 2:30 p.m., with sentencing to be scheduled at a later date.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
 **Dated: May 22, 2008**