

1  jackieleestp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 0 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-02 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE STATUS HEARING** |
| JACKIE YONG LEE, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Curtis Van de Veld, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for August 4, 2008, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

01/Aug 08
--------
DATE

_____
CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8|1|07
-------
DATE

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Case 1:08-cr-00020  Document 68  Filed 08/01/2008  Page 1 of 1