1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam  96910
   PHONE:  472-7332
5  FAX:  472-7334

6  Attorneys for the United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE TERRITORY OF GUAM
9

10  UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. 08-00020-02
                                       )
11                   Plaintiff,         )
                                       )      **O R D E R**
12          vs.                        )
                                       )
13  JACKIE YONG LEE,                   )
                                       )
14                   Defendant.         )
    _____   )

15

16      **IT IS HEREBY ORDERED** that the justification for continuing the status hearing be

17  filed under seal and remain sealed until the conclusion of the case.

18

19
                                          **/s/ Joaquin V.E. Manibusan, Jr.**
20                                           **U.S. Magistrate Judge**
                                          **Dated: Aug 01, 2008**
21

22

23

24

25

26

27

28