LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00020-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **STATUS HEARING** |
| | ) | |
| JACKIE YONG LEE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and for good cause shown, **IT IS SO ORDERED** that the Status Hearing currently scheduled for August 4, 2008, is hereby rescheduled to November 3, 2008, at 10:00 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 01, 2008